

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00077-CV

———————————————

IN RE E.S., Relator

Original Proceeding
Trial Court No. 325-455102-09

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for emergency writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for emergency writ of mandamus is denied.

Per Curiam

Delivered: March 6, 2020